# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JAMES HOWARD,

     Plaintiff,

v.

CSX INTERMODAL, et al.,

     Defendants.

CIVIL ACTION FILE

NO. 1:22-CV-544-MHC-RGV

## ORDER

This matter is before the Court on the Final Report and Recommendation ("R&R") of the Magistrate Judge [Doc. 4] recommending that Plaintiff's action be dismissed without prejudice for failure to comply with a lawful order of the Court and failure to state a claim. The Order for Service of the R&R [Doc. 5] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections to the R&R have been filed within the permitted time period.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain

error.  See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court

finds no plain error and that the R&R is supported by law.

Consequently, the Court **APPROVES AND ADOPTS** the Final Report and

Recommendation [Doc. 4] as the Opinion and Order of the Court.  It is hereby

**ORDERED** that Plaintiff's Complaint [Doc. 3] is **DISMISSED WITH**

**PREJUDICE** for failure to comply with the Court's Order of February 14, 2022,

and failure to state a claim.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 29th day of March, 2022.


_____
MARK H. COHEN
United States District Judge