**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

JAMES HOWARD,

                Plaintiff,

vs.

CSX INTERMODAL, et al.,

                Defendants.

CIVIL ACTION FILE

NO. 1:22-cv-544-MHC-RGV

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with the Court's order and failure to state a claim.

Dated at Atlanta, Georgia, this 29th day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:    s/Jill Ayers_____
    , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 29, 2022
Kevin P. Weimer
Clerk of Court

By:   s/Jill Ayers_____
       Deputy Clerk